

IN THE
TENTH COURT OF APPEALS

No. 10-15-00235-CR

IN RE MATTHEW ALAN CLENDENNEN

Original Proceeding

# ORDER

Matthew Alan Clendennen's Petition for Writ of Mandamus was filed on July 1, 2015. Now that it appears the various procedural deficiencies have been adequately resolved, the Court requests a response from the other parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Response requested
Order issued and filed July 16, 2015

